## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fabiola M. and A.D.M.M., a minor,<br><br>Petitioners,<br><br>v.<br><br>Pamela Bondi, in her official capacity as Attorney General of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>Respondents. | Case No. 26-CV-1229 (KMM/JFD)<br><br>**ORDER** |

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioners Fabiola M. and A.D.M.M. by no later than **February 11, 2026 at 12 pm**, certifying the true cause and proper duration of Petitioners' confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioners' detention in light of the issues raised in the habeas petition;

1

        b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioners' claims; and

        c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioners intend to file a reply to respondents' answer, they must do so by no later than **February 11, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: February 8, 2026                                          *s/Katherine M. Menendez*
                                                                                Katherine M. Menendez
                                                                                United States District Judge