# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Fabiola M.M., and<br>A. D. M. M., a minor,<br><br>      Petitioners,<br>  v.<br><br>**Pamela Jo BONDI**, in her official capacity as Attorney General of the United States;<br><br>**Kristi NOEM**, in her official capacity as Secretary of the Department of Homeland Security;<br><br>**Todd LYONS**, in his official capacity as Acting Director of United States Immigration and Customs Enforcement;<br><br>**David EASTERWOOD**, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement,<br><br>      Respondents. | Case No. 0:26-cv-01229-KMM-JFD<br><br><br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

Pursuant to the parties' Joint Stipulation of Dismissal and Settlement, the Verified Petition for Habeas Corpus in the above-titled case shall be DISMISSED WITH PREJUDICE by consent of the parties. Further, (1) Petitioner Fabiola is no longer subject to the ATD program, and Respondents will remove her ankle monitor; and (2) Respondents will amend the current

1

conditions of release to align with those conditions Petitioner was subject to under the Order of Recognizance they received on August 23, 2023. This Court shall retain jurisdiction to enforce the terms of the Joint Stipulation of Dismissal and Settlement. Upon confirmation of recission of the ATD ankle monitor requirement and amended conditions, Federal Respondents will update the Court and Court shall dismiss the case WITH PREJUDICE.

Date: February 25, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge

2